# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129391
129392
129393
(83)

ELIZABETH FARLEY, As Personal
Representative of the Estate of Franklin
Farley, Deceased,
        Plaintiff-Appellant,

v

ADVANCED CARDIOVASCULAR
HEALTH SPECIALISTS, P.C., and
GARDEN CITY OSTEOPATHIC
HOSPITAL,
        Defendants-Appellees.

SC: 129391, 129392, 129393
COA: 256776, 256799, 257988
Wayne CC: 02-237107-NH

_____/

On order of the Court, the motion for reconsideration of this Court's order of January 27, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

CAVANAGH and KELLY, JJ., would grant reconsideration, and on reconsideration would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

Clerk